NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

———————————

**BRUKER CELLULAR ANALYSIS, INC.,**
*Appellant*

**v.**

**THE UNIVERSITY OF BRITISH COLUMBIA,**
*Appellee*

———————————

2023-2227

———————————

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board in No. IPR2021-01249.

———————————

**JUDGMENT**

———————————

MARC DAVID PETERS, Turner Boyd LLP, San Mateo, CA, argued for appellant. Also represented by KAREN IRENE BOYD, JENNIFER SERAPHINE, KEELEY IRENE VEGA.

MAX H. YUSEM, Paul Hastings LLP, New York, NY, argued for appellee. Also represented by ERIC WILLIAM DITTMANN; RUDOLPH KIM, Palo Alto, CA; NAVEEN MODI, DANIEL ZEILBERGER, Washington, DC.

———————————

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (LOURIE, DYK, and REYNA, *Circuit Judges*).

**AFFIRMED.  *See* Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

May 12, 2025
Date

Jarrett B. Perlow
Clerk of Court